# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOYCE HICKS,

    Petitioner,

vs.

SHERYL FOSTER, *et al.*,

    Respondents.

Case No. 2:11-cv-01484-JAD-GWF

**ORDER**
[#27]

On May 8, 2012, this court denied this habeas petition (Doc. 25), and judgment was entered (Doc. 26). Now before the court is petitioner's purported motion to intervene, filed more than three years later on May 18, 2015 (Doc. 27). Petitioner appears to have filed only part of a document that states that several "plaintiffs" wish to intervene with newly discovered evidence. While she included this case number, it is unclear if petitioner really intended to file this document in this case, or perhaps another. In any event, this motion is denied as untimely and frivolous.

**IT THEREFORE IS ORDERED** that petitioner's motion to intervene (Doc. 27) is **DENIED**.

May 27, 2015

_____
Jennifer Dorsey
United States District Judge